

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00281-CV

Baltazar **PINEDA** Jr.,
Appellant

v.

Ruben A. Gonzalez **VILLARREAL** d/b/a Perico's Transfer and Genaro Escobedo Rodriguez,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2010-CVE-001451-D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellant, Baltazar Pineda Jr., bear all costs of this appeal.

SIGNED June 19, 2013.

_____
Luz Elena D. Chapa, Justice